UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT PURCELL,

                        Plaintiff,

       v.                            LEAD CASE:
                                    5:87-CV-1212(NPM/DEP)

TOWN O CAPE VINCENT and
HAROLD J. KIDDO,

                        Defendants,

---

GEORGE G. COUCH,; ELIZABETH S.
PRICE-KELLOGG; JEREMY PRICE-KELLOGG;
ROBERT A UHLIG, AND RUTH UHLIG

                        Plaintiffs,

                                  Member Case:
       v.                            5:01-CV-1519(NPM/DEP)

TOWN OF CAPE VINCENT,

                        Defendant,

---

APPEARANCES:                                      OF COUNSEL:

FRENCH, WALCOTT LAW FIRM                  LEE ALCOTT, ESQ.
Attorneys for Plaintiffs George G. Couch,
Elizabeth S. Price-KELLOGG, Jeremy Price-KELLOGG,
Robert A. Uhlig and Ruth A. Uhulg
300 South State Street
Syracuse, NY 13202

ROBERT PURCELL, *pro se*

HISCOCK, BARCLAY, LLP                     ALAN R. PETERMAN, ESQ.
Attorneys for Defendants                  ANTHONY J. PIAZZA, ESQ.
One Park Place
300 South State Street
Post Office Box 4878
Syracuse, NY 13202-2078

HON. NEAL P. MC CURN, Sr. J.


**MEMORANDUM  DECISION AND ORDER**


By Order dated September 21, 2007, Chief United States District Court Judge Norman

A. Mordue,  reassigned this case from the Honorable Howard G. Munson, Senior U.S. District

Judge to the Honorable Neal P. McCurn, Senior U.S. District Judge

The facts of the underlying dispute are set forth in this court's previous decision in this

case denying the cross motions for  summary judgment made by the respective parties, and

familiarity  therewith  is assumed.  See Robert Purcell v. Town of Cape Vincent, 281 F. Supp.2d

469 (N.D.N.Y. 2003).

Currently  before  the  Court,  are  cross  motions  for  summary  judgment. Of  course,

summary judgment is appropriate only upon a showing that there is no genuine issue as to any

material fact and that the moving party is entitled to judgment as a matter of law. Fed.R.Civ.P.

56©; Matsushita  Electric Industry  Co., Ltd. v. Zenith Radio Corporation, 475 U.S. 574, 586-87

(1986).

In   determining these motions, the Court has taken into account all of the materials

submitted by the parties; and after due and careful consideration , the conclusion  reached  was

that material issues of fact are still in dispute concerning the central issue in this matter -
whether the terms of the settlement agreement entered into by the parties were fully complied
with by the plaintiffs and the defendant.

The inferences to be drawn from the facts as they appear on the face of the present record
do not support the granting of summary judgment in favor of either side. United States v.
Diebold, Inc., 369 U.S. 654, 655, 82 S. Ct. 993, 8 L. Ed.2d 176 (1962).

Ultimately, all good disputes must come to an end, and this is that end. The Court will
entertain no further letters, motions or hearings.

Trial on this matter is set for Monday, December 10, 2007, at 10:00 a.m. and a final
pretrial conference is set for Monday, December 3, 2007, at 10:00am.

Further, the court shall immediately issue a final pre-trial order setting forth all required
pretrial documents and the parties shall be directed to file same or before Friday, November 23,
2007.


**IT IS SO ORDERED**.

Dated: September 25, 2007
     Syracuse, New York


_____
Neal P. McCurn
Senior U.S. District Judge